# Exhibit 1

**Award**
**FINRA Office of Dispute Resolution**

---

In the Matter of the Arbitration Between:

Claimants
George Mattson
GNM ICBC, LLC

Case Number: 17-01969

vs.

Respondent
J.P. Morgan Securities, LLC

Hearing Site: Boca Raton, Florida

---

Nature of the Dispute: Customers vs. Member

This case was decided by an all-public panel.

## REPRESENTATION OF PARTIES

For Claimants GNM ICBC, LLC and George Mattson: Craig H. Kuglar, Esq., Law Office of Craig Kuglar, LLC, Atlanta, Georgia.

For Respondent J.P. Morgan Securities, LLC: Tibor L. Nagy, Jr., Esq. and Anuja Thatte, Esq., Dontzin Nagy & Fleissig LLP, New York, New York.

## CASE INFORMATION

Statement of Claim filed on or about: July 26, 2017.
George Mattson signed the Submission Agreement: July 26, 2017.
GNM ICBC, LLC signed the Submission Agreement: July 26, 2017.

Statement of Answer filed by Respondent on or about: November 21, 2017.
J.P. Morgan Securities, LLC signed the Submission Agreement: November 21, 2017.

## CASE SUMMARY

Claimants asserted the following causes of action: negligence (failure to conduct due diligence and failure to supervise); common law fraud; breach of fiduciary duty; respondeat superior; and violations of state and federal securities laws, and FINRA rules. The causes of action relate to Claimants' investment in Jawbone, a San Francisco-based technology company.

Unless specifically admitted in the Statement of Answer, Respondent denied the allegations made in the Statement of Claim and asserted various affirmative defenses.

## RELIEF REQUESTED

In the Statement of Claim, Claimants requested: compensatory damages in the amount

of $1,000,000.00; interest at the rate of 4.75% per annum; attorneys' fees; costs; punitive damages; and such other and further relief deemed just and appropriate by the Panel.

In the Statement of Answer, Respondent requested: denial of the Statement of Claim, with prejudice; attorneys' fees; costs; and such other and further relief deemed just and proper by the Panel.

At the close of the hearing, Claimants presented three different final damage calculations using various interest rates and rates of return. The first total was $3,450,525.63, the second total was $1,852,120.83, and the third total was $2,768,513.42.

## OTHER ISSUES CONSIDERED AND DECIDED

The Arbitrators acknowledge that they have each read the pleadings and other materials filed by the parties.

During the evidentiary hearing, Respondent moved to strike two of Claimants' expert witnesses based on lack of qualifications, to which Claimants objected. The Panel granted both motions.

The parties present at the hearing have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

## AWARD

After considering the pleadings, the testimony and evidence presented at the hearing, and the post-hearing submissions (if any), the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Claimants' claims are denied in their entirety.

2. Claimants are jointly and severally liable for and shall pay to Respondent the sum of $200,000.00 in attorneys' fees pursuant to the terms of the Subscription Agreement dated May 27, 2014.

3. Claimants are jointly and severally liable for and shall pay to Respondent the sum of $75,000.00 in costs.

4. Any and all claims for relief not specifically addressed herein, including Claimants' requests for punitive damages and attorneys' fees, are denied.

## FEES

Pursuant to the Code of Arbitration Procedure, the following fees are assessed:

### Filing Fees
FINRA Office of Dispute Resolution assessed a filing fee* for each claim:

| | |
|---|---:|
| Initial Claim Filing Fee | =$ 1,725.00 |

*The filing fee is made up of a non-refundable and a refundable portion.*

### Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm(s) that employed the associated person(s) at the time of the event(s) giving rise to the dispute. Accordingly, as a party, Respondent is assessed the following:

| | |
|---|---:|
| Member Surcharge | =$ 2,475.00 |
| Member Process Fee | =$ 5,075.00 |

### Discovery-Related Motion Fee
Fees apply for each decision rendered on a discovery-related motion.

| | |
|---|---:|
| One (1) decision on a discovery-related motion on the papers with one (1) arbitrator @ $200.00/decision | =$   200.00 |

Non-parties submitted one (1) discovery-related motion

| | |
|---|---:|
| Total Discovery-Related Motion Fees | =$   200.00 |

The Panel has assessed the total $200.00 discovery-related motion fee jointly and severally to Claimants.

### Hearing Session Fees and Assessments
The Panel has assessed hearing session fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s) that lasts four (4) hours or less. Fees associated with these proceedings are:

| | |
|---|---:|
| One (1) pre-hearing session with a single arbitrator @ $450.00/session | =$   450.00 |
| Pre-hearing conference:   February 21, 2018     1 session | |
| | |
| One (1) pre-hearing session with the Panel @ $1,300.00/session | =$ 1,300.00 |
| Pre-hearing conference:   January 11, 2018     1 session | |
| | |
| Nine (9) hearing sessions @ $1,300.00/session | =$11,700.00 |
| Hearing Dates:       September 17, 2018      2 sessions | |
|                     September 18, 2018      2 sessions | |
|                     September 19, 2018      2 sessions | |
|                     September 20, 2018      2 sessions | |
|                     September 21, 2018      1 session | |
| | |
| Total Hearing Session Fees | =$13,450.00 |

The Panel has assessed $12,575.00 of the hearing session fees jointly and severally to Claimants.

The Panel has assessed $875.00 of the hearing session fees to Respondent.

All balances are payable to FINRA Office of Dispute Resolution and are due upon receipt.

FINRA Office of Dispute Resolution
Arbitration No. 17-01969
Award Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Gloria O. North | - | Public Arbitrator, Presiding Chairperson |
| Daniel Joseph Chiodo | - | Public Arbitrator |
| Ronald W. Weissman | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument, which is my award.

### Concurring Arbitrators' Signatures

_Gloria O. North_ (signed)          September 28, 2018
Gloria O. North                              Signature Date
Public Arbitrator, Presiding Chairperson


Daniel Joseph Chiodo                Signature Date
Public Arbitrator


Ronald W. Weissman                 Signature Date
Public Arbitrator


10/1/18
Date of Service (For FINRA Office of Dispute Resolution office use only)

FINRA Office of Dispute Resolution
Arbitration No. 17-01969
Award Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Gloria O. North | - | Public Arbitrator, Presiding Chairperson |
| Daniel Joseph Chiodo | - | Public Arbitrator |
| Ronald W. Weissman | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument, which is my award.

### Concurring Arbitrators' Signatures

_____
Gloria O. North
Public Arbitrator, Presiding Chairperson

Signature Date

_____
Daniel Joseph Chiodo
Public Arbitrator

9/27/18
Signature Date

_____
Ronald W. Weissman
Public Arbitrator

Signature Date

10/1/18
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)

FINRA Office of Dispute Resolution
Arbitration No. 17-01969
Award Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Gloria O. North | - | Public Arbitrator, Presiding Chairperson |
| Daniel Joseph Chiodo | - | Public Arbitrator |
| Ronald W. Weissman | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument, which is my award.

### Concurring Arbitrators' Signatures

_____
Gloria O. North
Public Arbitrator, Presiding Chairperson

Signature Date

_____
Daniel Joseph Chiodo
Public Arbitrator

Signature Date

*Ronald W Weissman* (signature)
_____
Ronald W. Weissman
Public Arbitrator

9/27/2018
Signature Date

10/1/18
_____
Date of Service (For FINRA Office of Dispute Resolution office use only)