# Exhibit 6



CASE NUMBER: 50-2018-CA-013880-XXXX-MB
CASE STYLE: MATTSON, GEORGE V JP MORGAN SECURITIES LLC

Dockets & Documents ▼

Public = 📄      VOR = 🔒      In Process = ⏵
Page Size: 25 ▼

| | Docket Number | Effective Date | Description |
|---|---|---|---|
| 📄 | 1 | 11/01/2018 | CIVIL COVER SHEET |
| 📄 | 2 | 11/01/2018 | VERIFIED MOTION |
| 📄 | 3 | 11/01/2018 | MOTION (APPLICATION) TO VACATE ARBITRATION ADWARD - F/B PLT |
| 📄 | 4 | 11/01/2018 | BRIEF |
| | 5 | 11/05/2018 | DIVISION ASSIGNMENT |
| 📄 | 6 | 11/05/2018 | PAID $501.00 ON RECEIPT 2908523 |