**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:18-cv-81545

GEORGE MATTSON AND GNM ICBC
LLC,

      *Petitioners*,
  v.

J.P. MORGAN SECURITIES LLC,

      *Respondent*.
_____/

**MOTION FOR TIBOR L. NAGY, JR., ESQ. TO APPEAR *PRO HAC VICE* AND**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tibor L. Nagy, Jr. of the law firm of Dontzin Nagy & Fleissig LLP, 980 Madison Ave. New York, New York 10075, (212) 717-2900, for purposes of appearance as co-counsel on behalf of Respondent J.P. Morgan Securities LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Tibor L. Nagy, Jr. to receive electronic filings in this case, and in support thereof states as follows:

      1.    Tibor L. Nagy, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar and the United States District Court for the Southern District of New York.

2. Movant, Rene Gonzalez-LLorens, of the law firm of Shutts & Bowen LLP, 200 S. Biscayne Blvd., Suite 4100, Miami, Florida 33131, (305) 347-7337, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Rule 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Tibor L. Nagy, Jr. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Tibor L. Nagy, Jr., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Tibor L. Nagy, Jr. at e-mail address: tibor@dnfllp.com.

WHEREFORE, the undersigned, respectfully moves this Court to enter an Order for Tibor L. Nagy, Jr. to appear on behalf of Respondent J.P. Morgan Securities LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tibor L. Nagy, Jr.

Dated:  November 13, 2018

Respectfully submitted,

**SHUTTS & BOWEN LLP**

*/s/ Rene Gonzalez-LLorens*
Rene Gonzalez-LLorens
Florida Bar No. 53790
200 S. Biscayne Blvd., Suite 4100
Miami, FL 33131
Tel: (305) 347-7337
rllorens@shutts.com

*Counsel for Respondent J.P. Morgan Securities LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I filed the foregoing with the Clerk of Court via ECF and a true and correct copy of the same will be served by e-mail to the following counsel for Petitioners: Matthew N. Thibaut, Esq. (mthibaut@htattorneys.com) and Craig H. Kuglar, Esq. (ck@kuglarlaw.com).

By:  /s/ Rene Gonzalez-LLorens
Rene Gonzalez-LLorens

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-81545

GEORGE MATTSON AND GNM ICBC LLC,

    *Petitioners*,

v.

J.P. MORGAN SECURITIES LLC,

    *Respondent*.

_____/

## CERTIFICATION OF TIBOR L. NAGY, JR., ESQ.

    I, Tibor L. Nagy, Jr., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certify that I (1) have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) am a member in good standing of the New York State Bar and the United States District Court for the Southern District of New York.

/s/ Tibor L. Nagy, Jr.
Tibor L. Nagy, Jr.
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue
New York, NY 10075
Tel: (212) 717-2900
tibor@dnfllp.com

*Counsel for Respondent J.P. Morgan Securities LLC*